IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| JOANNA MCCOY, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: 1:12-cv-01436-ELH |
| BIOMET ORTHOPEDICS, LLC, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF the Joint Motion to Modify Scheduling Order (ECF ___) filed by the parties to the above-captioned case, it is this 11th day of Jan, 2019

ORDERED that the Joint Motion to Modify Scheduling Order (ECF 37) be and the same hereby is GRANTED; and it is further

ORDERED that the Scheduling Order applicable to this matter is hereby modified as follows:

| | |
|---|---|
| Deadline to Amend Pleadings: | February 1, 2019 |
| Deadline for non-expert discovery: | April 15, 2019 |
| Plaintiffs' Rule 26(a)(2) disclosures: | May 15, 2019 |
| Defendants' Rule 26(a)(2) disclosures: | June 17, 2019 |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures: | July 1, 2019 |
| Discovery deadline; submission of status report: | September 2, 2019 |
| Requests for admission: | October 2, 2019 |
| Daubert/Rule 702 motions: | November 4, 2019 |
| Dispositive motions: | December 12, 2019 |

_____
The Honorable Ellen L. Hollander
United States District Judge